# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Tyree M. Harley
_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Dwayne Clark
Martin Baker
_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22 CV 121 DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

## I.  PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Tyree M. Harley

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 S. 6th St. Louisville, KY 40202

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Dwayne Clark__ is employed as __Director__ at __Louisville Metro Dept of Corrections__.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant __Martin Baker__ is employed as __Deputy Director__ at __Louisville Metro Dept of Corrections__.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

An 8th Amendment violation to the constitution. Dwayne Clark and Martin Baker are in charge at Louisville Metro Dept of Corrections and are in charge of the staff that provide dehumanizing and untenable living conditions and have continually neglected and violated my rights and needs; as well as those of other inmates. On Feb. 1, 2022, I returned to LMDC from court in Kenton County. I was gone for 6 days. When I returned, I was forced to take a Covid test (I tested negative) and then placed in quarantine with the fresh arrest (those not tested) to be possibly exposed to Covid instead of being sent back to my dorm. This same routine has happened 4 times prior and I have gotten sick due to do it. The procedures and practices by staff are unsafe, unhealthy, hazardous and could've been fatal to me. LMDC has been plagued by dangerous overcrowding, inadequate healthcare, understaffing and has deteriorated to dangerous levels through unprofessional leadership practices. On Dec. 27, 2021 around 9 inmates and myself became sick and bedridden. One inmate pressed the intercom saying "he's gonna

**III. STATEMENT OF CLAIM(S) continued**

die" but nobody came. On Dec. 28, 2021 a guy named Tim was tested for Covid in order to be transferred to another agency. He tested positive for Covid and was taken out of the dorm and put in a "Covid" dorm, forgetting the rest us who were exposed and/or sick due to Covid. I filled out an Health Services Request (HSR) form on Dec. 29, 2021 with symptoms of severe headache, neck pain and a toothache. I was not seen by medical staff until Feb. 11, 2022. I had left to Kenton County and returned twice in this time-frame. My 8th amendment right has been violated. I've had my property stolen by staff, have been left completely unfed 3 times due to a food allergy and am traumatized by the ongoing deaths within the jail and fear for my own mental and physical health. I have seen inmates get brutally beat and no help from staff. I have filed up to 10 grievances and they continue to be unanswered. We have gone up to a week without cleaning supplies during the pandemic. We are made to be held in cells in preparation for court unmasked and staff is unmasked as well. I fear for my life and that the understaffing and overcrowding has caused cruel and unusual punishment and if I die, staff will not and cannot recussitate me in a timely manner.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 150,000

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ 150,000

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 24th day of February, 2022.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Tyree Harley-493432
c/o LMDC
400 S 6th St
Louisville, KY 40202

LOUISVILLE KY 400
24 FEB 2022 PM 3



Clerk's Office
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

22 FEB 28 PM 4:15
FILED, JS1
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

40202-222731