UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TYREE M. HARLEY,   Plaintiff,

v.   Civil Action No. 3:22-cv-P121-DJH

DWAYNE CLARK *et al.*,   Defendants.

* * * * *

## ORDER

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:   June 21, 2022

David J. Hale, Judge
United States District Court

cc:   Plaintiff, *pro se*
      Jefferson County Attorney
4415.010